# UNITED STATES DISTRICT COURT
## Eastern District of Arkansas



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 20 2014

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA <br> V. <br><br> Michael Richard Meilke | Case Number: 4:11CR00156-02-JLH <br> USM 26440-009 |

**Date of Original Judgment:** February 7, 2013

**Date of Previous Amended Judgment:** N/A
*(Use Date of Last Amended Judgment if Any)*

N/A
Defendant's Attorney

### ORDER REGARDING MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(C)(2)

Upon motion of   ☐ the defendant   ☐ the Director of the Bureau of Prisons   **X** the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.
  **X** GRANTED and the defendant's previously imposed sentence of imprisonment of
    162 months **is reduced to 135 months.**

Except as provided above, all provisions of the judgment dated February 7, 2013 will remain in effect.

**IT IS SO ORDERED.**

Order Date: *Nov. 20, 2014*

_____
United States District Judge

Effective Date: November 1, 2015
        (If different from order date)