**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                    NO. 4:11CR00156-02-JLH
                                      NO. 4:16CV00408-JLH

MICHAEL RICHARD MEILKE                                                    DEFENDANT

## ORDER

Michael Richard Meilke has filed a pro se motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255, based on *Johnson v. United States*, 135 S. Ct. 2551 (2015).  For the reasons set out below, the motion is denied.

Defendant was not sentenced based on the "residual clause" of Armed Career Criminal Act that was held unconstitutional in *Johnson*.  Rather, his sentence was based on the drug quantity table and a statutory mandatory consecutive 60 months because he had a firearm in furtherance of a drug trafficking offense.

Accordingly, the motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255 is denied.  Document #799.  No certificate of appealability will be issued.

IT IS SO ORDERED this 23rd day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE